950 F.2d 721
 Conway (Barbara Ann), Estate of Conway (James), Guilfoy
(Delbert, Pearl), Breitenstine (Leonard,
Elizabeth), Starkman (Arthur, Phyllis),
Ramberg (Ola)
v.
Pittsburgh Corning Corp., Southern Textile Corp., DE
Insulation Co., Nosro, C Inc., TNT Liquidating Co., P.V.I.
Sales Corp., Dresser Ind., Inc., A.P. Green Refrac. Co.,
Armstrong World Ind., Inc., Celotex Corp., Combustion Eng.,
Inc., Durametallic Corp., Eagle-Picher Ind. Inc.,
Flexitallic Gasket Corp., GAF Corp., Garlock, Inc.
 NO. 91-5346
 United States Court of Appeals,
Third Circuit.
 NOV 04, 1991
 
 Appeal From: D.N.J.,
 Thompson, J.
 
 
 1
 AFFIRMED.